1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JEFFREY LANINI and KRISTA
    LANINI,
11
                 Plaintiffs,                    Civ. No. 13-0027 KJM JFM
12
            vs.
13
    JPMORGAN CHASE BANK, et al.,
14
                 Defendants.                    ORDER
15  _____/

16          On January 5, 2013, plaintiffs filed a request for a temporary restraining order

17  canceling the pending foreclosure sale of their home at 8770 Brockway Vista Ave., Kings Beach,

18  California, currently set for January 23, 2013.  (ECF 2.)  A temporary restraining order may be

19  issued upon a showing "that immediate and irreparable injury, loss, or damage will result to the

20  movant before the adverse party can be heard in opposition."  FED. R. CIV. P. 65(b)(1)(A).  The

21  purpose of such an order is to preserve the status quo and to prevent irreparable harm "just so

22  long as is necessary to hold a hearing, and no longer."  *Granny Goose Foods, Inc. v.*

23  *Brotherhood of Teamsters*, 415 U.S. 423, 439 (1974).

24          Plaintiffs have not filed an affidavit detailing notice to the affected parties or

25  counsel or showing good cause why notice should not be given, as required by Local Rule

26  /////

                                              1

1  231(c).  Plaintiffs also have not, in the alternative, alleged the impossibility of filing such an

2  affidavit.

3          For these reasons, plaintiffs' request is DENIED without prejudice.  If plaintiffs

4  wish to proceed with their request for a temporary restraining order, they are hereby ordered to

5  file the required document by **January 14, 2013.**

6          IT IS SO ORDERED.

7  DATED:  January 7, 2013.

9          UNITED STATES DISTRICT JUDGE