IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY LANINI and KRISTA LANINI,

      Plaintiffs,   Civ. No. 13-0027 KJM JFM

  vs.

JPMORGAN CHASE BANK, et al.,

      Defendants.   ORDER
_____/

      On January 5, 2013, plaintiffs filed a request for a temporary restraining order canceling the pending foreclosure sale of their home at 8770 Brockway Vista Ave., Kings Beach, California, currently set for January 23, 2013.  (ECF 2.)  A temporary restraining order may be issued upon a showing "that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition."  FED. R. CIV. P. 65(b)(1)(A).  The purpose of such an order is to preserve the status quo and to prevent irreparable harm "just so long as is necessary to hold a hearing, and no longer."  *Granny Goose Foods, Inc. v. Brotherhood of Teamsters*, 415 U.S. 423, 439 (1974).

      Plaintiffs have not filed an affidavit detailing notice to the affected parties or counsel or showing good cause why notice should not be given, as required by Local Rule

/////

1

1  231(c). Plaintiffs also have not, in the alternative, alleged the impossibility of filing such an
2  affidavit.
3      For these reasons, plaintiffs' request is DENIED without prejudice.  If plaintiffs
4  wish to proceed with their request for a temporary restraining order, they are hereby ordered to
5  file the required document by **January 14, 2013.**
6      IT IS SO ORDERED.
7  DATED: January 7, 2013.

_____
UNITED STATES DISTRICT JUDGE

2