IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY LANINI, et al.,

    Plaintiffs,                                No. 2:13-cv-00027-KJM-JFM

    vs.

JPMORGAN CHASE BANK N.A., et al.,

    Defendants.                              <u>ORDER</u>

_____/

        On February 1, 2013, the parties filed a stipulation agreeing to postpone the foreclosure on plaintiffs' home while this action is pending. (ECF 15.) The stipulation complies with Local Rule 143. Therefore, defendants shall not conduct a trustee's sale for the property located at 8770 Brockway Vista Avenue, Kings Beach, California 96148 while this action is pending before this court.

        IT IS SO ORDERED.

DATED: February 21, 2013.

_____
UNITED STATES DISTRICT JUDGE

1