IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LANINI, et al., | |
|     Plaintiffs, | No. 2:13-cv-00027-KJM-JFM |
| vs. | |
| JPMORGAN CHASE BANK N.A., et al., | |
|     Defendants. | ORDER |

On February 1, 2013, the parties filed a stipulation agreeing to postpone the foreclosure on plaintiffs' home while this action is pending. (ECF 15.) The stipulation complies with Local Rule 143. Therefore, defendants shall not conduct a trustee's sale for the property located at 8770 Brockway Vista Avenue, Kings Beach, California 96148 while this action is pending before this court.

IT IS SO ORDERED.

DATED: February 21, 2013.

_____
UNITED STATES DISTRICT JUDGE