1  Gilbert E. Maines, Esq.   CBN 48286
   1320 Crooked Mile Ct.
2  Placerville, CA 95667
   Telephone:   (530) 626-3562
3  Facsimile:   (530) 626-3562
   Email:       gem@maineslaw.com
4
   Attorneys for Plaintiffs
5  Jeffrey Lanini and Krista Lanini

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                         **SACRAMENTO BRANCH**

11

| | |
|---|---|
| JEFFREY LANINI and KRISTA LANINI | Case No.: 2:13-cv-00027-KJM-JFM |
| PLAINTIFF(S), | **STIPULATION TO CONTINUE COURT SUPERVISED SETTLEMENT CONFERENCE** |
| v. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CALIFORNIA RECONVEYANCE COMPANY, A CALIFORNIA CORPORATION; CHASE HOME FINANCE, LLC; CHASE FULFILLMENT SERVICES, FEDERAL DEPOSIT INSURANCE CORPORATION, A FEDERAL CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK | Magistrate Judge: Honorable Edmund F. Brennan |
| | Current Hearing Date |
| | Date: January 29, 2015<br>Time: 10:00 am<br>Dept: Courtroom 8, 13th Floor |
| | Requested Hearing Date |
| DEFENDANTS. | Date: February 19, 2015<br>Time: 10:00 am<br>Dept: Courtroom 8, 13th Floor |
| | Date Action Filed: January 5, 2013<br>Trial Date:    Not Assigned |

SF01DOCS\140733.2\C076651\0347502

WHEREAS, the Honorable Judge Hon. Kimberly J. Mueller as part of the Pre-Trial Scheduling Order set the within entitled case for Settlement Conference before the Honorable Magistrate Judge Edmund F. Brennan on January 29, 2015 at 10:00 A.M.

WHEREAS the parties have a conflict on that date.

WHEREAS, the undersigned Parties stipulate to continue the settlement conference until February 19, 2015 at 10:00 a.m., or anytime thereafter that the Court deems appropriate. ;

NOW, THEREFORE, the undersigned parties stipulate that the Settlement Conference shall be scheduled for February 19, 2015, at 10:00 A.M.  and all deadlines shall be reset accordingly.

This stipulation may be executed in counterparts, including by signature, by facsimile, or electronically.

Dated:  December 9, 2014

BRYAN CAVE LLP
Daniel Rockey
Goli Mahdavi
David A. Owens

By: /s/
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., for itself and as successor by merger to Chase Home Finance, LLC; CALIFORNIA RECONVEYANCE COMPANY

Dated: December 9, 2014

GILBERT E. MAINES

By: /s/
Attorneys for Plaintiffs
JEFFREY LANINI and KRISTA LANINI

SF01DOCS\140733.2\C076651\0347502

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation to Continue the Settlement Conference,

**IT IS HEREBY ORDERED THAT** The Court Supervised Settlement Conference hearing, currently scheduled for January 29, 2015 at 10:00 A.M. shall be continue until February 19, 2015 at 10:00 A.M. The parties Settlement Conference Statements shall also be submitted at least 7 days prior to the continued date.

Dated:  December 10, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE