UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY LANINI, et al.,

        Plaintiffs,

   v.

JPMORGAN CHASE BANK, N.A., et al.,

        Defendants.

No. 2:13-cv-00027-KJM-EFB

ORDER

Pursuant to the Stipulation between Plaintiffs Jeffrey Lanini and Krista Lanini and Defendant JPMorgan Chase Bank, N.A., for itself and as successor by merger to Chase Home Finance LLC,

- Plaintiff's Motion for Relief may be heard on **July 29, 2016** in conjunction with the final pretrial conference currently set for the same date.
- Defendant's response to the motion, if any, shall be filed no later than **July 22, 2016**.
- Plaintiff's reply, if any, shall be filed no later than **July 27, 2016.**

IT IS SO ORDERED.

DATED: July 21, 2016

                                                                      UNITED STATES DISTRICT JUDGE