UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LANINI, et al., | No.  2:13-cv-00027-KJM-EFB |
| Plaintiffs, | ORDER |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

On August 1, 2016, the court issued an order denying the plaintiffs' request for relief from deadlines imposed by the court's pretrial scheduling order. ECF No. 87. On August 9, 2016, the plaintiffs filed "objections" to this order, requesting reconsideration. ECF No. 89.

All motions must be noticed on the motion calendar of the assigned judge or magistrate judge. E.D. Cal. 230(b). If necessary, a party may obtain expedited relief by filing an *ex parte* application. *See generally Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488 (C.D. Cal. 1995); *see also* Standing Order 5, ECF No. 5-1 (listing requirements for *ex parte* applications).

The plaintiffs' request for reconsideration was not set for a hearing on the court's civil law and motion calendar, was not accompanied by an explanation for why emergency or expedited relief is necessary, and does not comply with the provisions of this court's standing

1

1  order. Within seven days, the plaintiffs shall give notice of a hearing date or file an amended
2  request for reconsideration, or the request for reconsideration will be denied summarily.
3          IT IS SO ORDERED.
4  DATED: August 11, 2016

                                        UNITED STATES DISTRICT JUDGE